CC: TO JUDGE __SA__

FILED ____ ENTERED
____ LODGED ____ RECEIVED

SA  SEP 13 2001

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 01-01297 #00000008

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENESEE SERVICES CORP , a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE T BERNSTEIN, an individual,<br><br>Defendant | NO. C01-1297<br><br>**CERTIFICATE OF SERVICE** |

On the date noted below, I caused to be served true and correct copies of Plaintiff Genesee Services Corp.'s Motion to Enjoin Defendant From Prosecuting Duplicative Action, Memorandum in Support of Plaintiff Genesee Service Corp 's Motion to Enjoin Defendant From Prosecuting Duplicative Action; Declaration of Donald Morken in Support of Plaintiff Genesee Service Corp 's Motion to Enjoin Defendant From Prosecuting Duplicative Action; Declaration of Michael Pierson in Support of Plaintiff Genesee Service Corp 's Motion to Enjoin Defendant From Prosecuting Duplicative Action; and Proposed Order, by having ABC Legal Messengers, Inc. hand deliver the documents to:

CERTIFICATE OF SERVICE - 1
291/271711 01 091301/1502/41301 00062

ORIGINAL



Riddell Williams P S
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600



1  Mark E. Maynes
   Stokes Lawrence, P S.
2  800 Fifth Avenue, Suite 4000
   Seattle, WA 98104-3179
3

4  I certify under penalty of perjury under the laws of the State of Washington

5  that the foregoing is true and correct.

6  Signed at Seattle, Washington this 13th day of September, 2001.

7

8  *Merrilie Roark* (signature)
   Merrilie Roark

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 2
291/271711 01 091301/1502/41301 00062

Riddell Williams P.S
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600