HONORABLE BARBARA JACOBS ROTHSTEIN

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 17 2001 PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENESEE SERVICES CORP , a Washington Corporation, <br><br> Plaintiff, <br><br> v <br><br> BRUCE T. BERNSTEIN, an individual, <br><br> Defendant | Case No.. C01-1297R <br><br> **DEFENDANT BRUCE T. BERNSTEIN'S MOTION TO DISMISS, STAY OR TRANSFER THIS ACTION IN FAVOR OF ANOTHER PENDING ACTION** <br><br> **NOTE ON MOTION CALENDAR: October 5, 2001** <br><br> **ORAL ARGUMENT REQUESTED** |

Defendant Bruce T. Bernstein ("Mr. Bernstein") moves this Court for an Order which either dismisses, stays, or transfers this declaratory judgment action in favor of *Bernstein v Genesee Services Corporation,* Southern District of New York Civil Action No. 01-CV-8041, brought by Mr Bernstein against Plaintiff Genesee Services Corporation and several of its officers and employees. This motion is based upon Mr. Bernstein's memorandum in support hereof, the Declaration of Facts of Stuart B. Newman in support hereof, and the declaration of Bruce T Bernstein in support hereof, all filed contemporaneously.

DATED this *17th* day of September, 2001

STOKES LAWRENCE, P S.

By. _Mark E. Mayne_____

Mark E. Mayne (WSBA #22721)
Attorneys for Defendant Bruce T Bernstein

MOTION TO
...CTION IN FAVOR
...ACTION - 1

ORIGINAL

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000