# RIDDELL WILLIAMS P.S.

ATTORNEYS AT LAW

ADDRESS
1001 FOURTH
AVENUE PLAZA
SUITE 4500
SEATTLE, WA
98154-1065

TELEPHONE
(206) 624-3600

FACSIMILE
(206) 389-1708

E-MAIL
mpierson
@riddellwilliams.com

DIRECT LINE
(206) 389 1763

November 1, 2001

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

NOV 0 1 2001 MR

AT SEATTLE
CLERK U S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

**VIA HAND DELIVERY**

Honorable Barbara Jacobs Rothstein
U.S. District Court
Western District of Washington at Seattle
United States Courthouse
1010 Fifth Avenue
Seattle, WA 98104

Re: **Genesee Services Corp. v. Bruce T. Bernstein
Case No. C01-1297R**

Dear Judge Rothstein:

I am writing to follow up on my telephone conversation with your assistant yesterday, confirming that the parties to the above-referenced action have reached an agreement in principle on resolution of the matters that resulted in litigation between them. We expect to have the paperwork completed in the next week to ten days, and at that point will ask that the action be dismissed with prejudice. We ask that we be permitted to forego compliance with any applicable case deadlines while we wrap things up. (I believe the date for making the initial disclosures is the only one that may be impacted, and we hope to have the dismissal filed and the remaining paperwork completed before that date, anyway.)

Very truly yours,

Michael Pierson
of
RIDDELL WILLIAMS P S

MP/mar
cc: Genesee Services Corp.
    Mark Maynes, Esq.

CV 01-01297 #00000030

291/279376 01
110101/1102/41301 00062